FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2007 APR -9 AM 11:02

Tampa Division

## CIVIL RIGHTS COMPLAINT FORM

Keith M. Pagans 0604M24

CASE NUMBER: 8:07-CV-00600-T-24EAJ
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

David Gee Sheriff Hills County
Deputy Palmer; McKay; Cawill
T. Cameron; G. Carper; Supervisors
Doctors
Nurse           Kitchen Supervisor
Croteau; Jackson; T. Hayes Dietion

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Faulkenburg Jail
(Indicate the name and location)

520 N. Faulkenburg Road Tampa, Florida 33619

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]



DC 225 (Rev. 9/03)                    1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                    2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __5__ day of __April__, 2 __007__.

_Keith M. Kaccns_
Signature of Plaintiff

DC 225 (Rev. 9/03)

3

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? I signed five (5) Release forms for Armor Medical to get my Records from the V.A. Hospital

2. What were the results? They did not listen to me, verbally or on paperwork until 10-1-06 and 10-7-06 Heart Attacks

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __5__ day of __April__, 2 __007__.

_Keith M. Pagan_
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. PREVIOUS LAWSUITS:

   A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
   Yes ( ) No (✓)

   B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
   Yes ( ) No (✓)

   C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county):

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

   D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____
_____
_____
_____
_____
_____

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Keith M. Kagank #06041424

   Mailing address: 520 N. Faulkenburg Road Dorm C-11-24
   Tampa, Florida 33619

B. Additional Plaintiffs: _____

_____
_____

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: David Gee

   Mailing Address: 520 N. Faulkenburg Road
   Tampa, Florida 33619

   Position: Director-Sheriff

   Employed at: Hillsborough County Jail-Faulkenburg

D. Defendant: Deputy Palmer

   Mailing Address: 520 N. Faulkenburg Road
   Tampa, Florida 33619

   Position: Deputy

   Employed at: Hillsborough County Jail-Faulkenburg

DC 225 (Rev. 9/03)                  6

E. Defendant: Deputy McKay
Mailing Address: 520 N. Faulkenburg Road
Tampa, Florida 33619
Position: Deputy
Employed at: Hillsborough County Jail-Faulkenburg

F. Defendant: Deputy Camill
Mailing Address: 520 N. Faulkenburg Road
Tampa, Florida 33619
Position: Deputy
Employed at: Hillsborough County Jail-Faulkenburg

G. Defendant: T. Cameron
Mailing Address: 520 N. Faulkenburg Road
Tampa, Florida 33619
Position: Medical Supervisor
Employed at: Hillsborough County Jail-Faulkenburg

H. G. Carper
520 N. Faulkenburg Road
Tampa, Florida 33619
Medical Supervisor
Hillsborough County Jail-Faulkenburg

I. Nurse Croteau
520 N. Faulkenburg Road
Tampa, Florida 33619
Nurse
Hillsborough County Jail-Faulkenburg

J. Nurse Jackson
520 N. Faulkenburg Road
Tampa, Florida 33619
Nurse
Hillsborough County Jail-Faulkenburg

K. T. Hayes
520 N. Faulkenburg Road
Tampa, Florida 33619
Supervisor Kitchen
Hillsborough County Jail-Faulkenburg

DC 225 (Rev. 9/03)

VI. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Medical Neglence; Pain And Suffering; Mental Anguish; present And future Disability

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

On 8-26-06 I Requested Medical Attention for the Reasons of: Wolf Parkins Syndrom White-Heart issues; Lower back; Left shoulder; feet; Neck And eyes; Diet; To Date; No Results has been taken As to Assist my medical needs since the date mentioned Above I have written numerous request And complaints/grievances And they Are listed As follows; 9-1-06 Continuing to be Charged for ongoing medical Attention; 9-5-06 I Needed higher Dose of medicine; 9-19-06 I was having mental trauma; 9-21-06 Continue to charge me;

DC 225 (Rev. 9/03)                                    8

Statement of Facts, continued:

9-22-06 I needed my medicine upgraded; 9-23-06 Head and eyes pain; 9-22-06 Over charging; 10-2-06 Chest and arm pain; 10-3-06 pain; 10-12-06 pain; 10-12-06 highly season food and nurse neglected me; 10-17-06 Having nightmares; 10-20-06 Real late removing stitches after surgery; 10-23-06 Need a Doctor; 10-26-06 Coughing hurting my chest; 10-30-06 Need a Doctor; 11-07-06 Needing a Doctor; 11-8-06 Pain; 11-9-06 Needed somebody; 11-9-06 I needed medical help; 11-13-06 I needed help; 11-16-06 pain; 11-18-06 pain - no medicine; 11-21-06 no help; 11-27-06 Medical Don't answer to request or grievances; 11-11-06 Paranoia and scared I needed the V.A.; 11-13-06 Again Medical Didn't listen; 11-30-06 I warned Medical; 12-10-06 Nervous and pain; 12-15-06 A continue issue; 12-18-06 Pain; 1-2-07 Rotten meat and Mrs. Hayes lied and didn't respond to Grievance #2007FL00001 and she don't watch the inmates fixing diet trays; 1-8-07 Needed a Doctor; 1-31-07 Mrs. Carper never respond; 1-23-07 Always waiting longer than expected; 1-25-07 Confused; 1-26-07 Mrs. Carper won't respond; 1-30-07 Requesting help; 2-3-07 Mrs. Carper will not respond; 2-15-07 pain; 2-22-07 pain; 3-1-07 The Doctors here have bitter taste for me; 3-24-07 Mrs. Carper would not release no information to me or speak to me; Medical Interview Nurse Jackson: 1-7-07 Nurse Yakman refused me medication; 1-18-07 Confused and Angry; 1-26-07 I had to put in too many Request to medical; 2-3-07 Warning; 2-1-07 Asking about seeing glasses; 2-23-07 Morning nurse showed up at 5:00 P.M. so I received one dose of my medication; 2-26-07 Medical is confused; 3-7-07 my nurse came at 10:45 P.M.; 3-17-07 Meds Nurse came at 11:30 P.M.; finally got my eye glasses 4-2-07; A copy of all request and medical complaints/grievances are attached hereto as exhibit (A) and are incorporated herein by this reference for your review.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Sanctions on All employees both sheriff and medical Departments, to include immunity Damages

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __5__ day of __April__, 2 __007__.

_Keith M. Ragans_

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)                                                 10